■ IRENE PIATKOWSKI, as Administratrix of the Estate of KENNETH M. STAUFENBERGER, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 40458.) — Judgment unanimously modified on the law and facts by reducing the amount of the award for the benefit of decedent's widow and child from $85,000 to $50,000 and as so modified the judgment is affirmed, with costs to respondent. Memorandum: In our opinion the award of $85,000 for the benefit of decedent's widow and child was excessive to the extent of $35,000, and we so find. (Appeal from judgment of Court of Claims for claimant on a negligence claim — shot by State Trooper.) Present — Williams, P. J., Bastow, Goldman and Henry, JJ. [43 Misc 2d 424.]

■ ROBERT L. McNITT, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 41585.) — Judgment unanimously modified on the law and facts, by reducing the amount to $3,575, and interest, and as so modified judgment affirmed, with costs to respondent. Memorandum: The Court of Claims Judge awarded $2,000 for consequential damage, and $3,500 for direct damage. The amount awarded for consequential damage was within the range of the testimony of the experts and should be affirmed. However, as to the award of $3,500 for direct damage, this was $1,925 higher than the testimony most favorable to claimant. In other words, there is no basis in the record for an award in that amount. Nor can a view of the property act as a substitute for testimony. (*Matter of City of New York* [*A. & W. Realty Corp.*], 1 N Y 2d 428, 433; *George's Bake Shop* v. *State of New York*, 21 A D 2d 423, 424, 425.) This part of the award should be reduced to $1,575, making the total amount $3,575, and interest. (Appeal from judgment of Court of Claims for claimant in an action for damages for permanent appropriation of realty.) Present — Williams, P. J., Bastow, Goldman and Henry, JJ.